UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ZEFLON LLC.,

    Plaintiff,

v.

EN CORP USA, ENCORP SWITZERLAND
AG, and DOES 1 to 10, inclusive,

    Defendants.

CASE NO.: 22-CV-23661

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Yisrael Hiller of the law firm of Asserson Hiller P.C., 11 Broadway, Suite 615 New York, NY 10004, (212) 359 1669, for purposes of appearance as co-counsel on behalf of the Defendant ENCorp USA in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Hiller to receive electronic filings in this case, and in support thereof states as follows:

    1.    Mr. Hiller is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar and the courts of the State of New York.

    2.    Movant, Mauricio J. Ejenbaum, Esquire, of the law firm of Mauricio J. Ejenbaum Law, 12865 W Dixie Hwy 2nd Floor, North Miami, FL 33161, (305) 909-6100, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed

and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Hiller has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Mr. Hiller, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to himself at email address: Yisrael.hiller@asserson.co.uk.

**WHEREFORE**, Mr. Ejenbaum, moves this Court to enter an Order for Mr. Hiller, to appear before this Court on behalf of ENCorp USA, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Hiller.

Date: December 5, 2022

Respectfully submitted,

MAURICIO J. EJENBAUM
12865 W Dixie Hwy
2nd Floor
North Miami, FL 33161
Telephone: (305) 909-6100
Fax: (305) 892-8434
mje@mjelaw.com
Fla. Bar No: 295906

*Attorneys for Defendant ENCorp USA*