UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ZEFLON LLC.,

    Plaintiff,

v.

EN CORP USA, ENCORP SWITZERLAND AG, and DOES 1 to 10, inclusive,

    Defendants.

CASE NO.: 22-CV-23661

## CERTIFICATION OF YISRAEL HILLER

Yisrael Hiller, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar and the courts of the State of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                               Yisrael Hiller (NY Bar No. 4290110)