UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-23661-PCH

**ZEFLON LLC,**
      **Plaintiff,**

**v.**

**EN CORP USA, ENCORP SWITZERLAND AG, and DOES 1 to 10, inclusive,**
      **Defendants.**
_____/

**NOTICE OF STRIKING DOCKET ENTRY'S 24 & 25**

Pursuant to the Clerk's Notice, DE 26, notice is hereby given of striking docket entry's 24 and 25. The motion in opposition to defendant's motion to dismiss with exhibits will be refiled.

Respectfully submitted,

*/s/Menachem M. Mayberg*
MENACHEM M. MAYBERG
Florida Bar No: 0596744
SELTZER MAYBERG LLC.
10750 NW 6th Court
Miami, Florida 33168
Tel: 305.444.1565
Fax: 305.444.1665
m@smfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023, the foregoing document was filed with the Clerk of the Court via CM/ECF.

By:  /s/ *MMM*
Menachem Mayberg