# Exhibit C

[10/25/21, 10:26:08 AM] BInyamin EN Corp: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[10/25/21, 10:26:08 AM] Eliezer: Hi benjamin, this is Eliezer
[10/25/21, 10:26:17 AM] Eliezer: I'm looking forward to completing this transaction with you and working with you guys
[10/25/21, 10:26:50 AM] Eliezer: I have a partner his name is Asher berko that's Currently visiting Israel right now and he would like to come see you to say hello and shake your head possibly today or tomorrow I'm going to pass your phone number onto him and he will be in touch
[10/25/21, 10:32:16 AM] BInyamin EN Corp: Hey Eliezer, good morning. That will be my pleasure
[10/25/21, 10:44:19 AM] BInyamin EN Corp: <attached: 00000006-AUDIO-2021-10-25-10-44-19.opus>
[10/25/21, 11:22:33 AM] Eliezer: Ok great thanks!
[10/26/21, 3:13:26 PM] BInyamin EN Corp: Hey, Adam and I are waiting for you at the zoom
[10/26/21, 3:15:55 PM] Eliezer: On on
[10/26/21, 3:15:59 PM] Eliezer: So sorry!
[10/26/21, 3:18:28 PM] BInyamin EN Corp: Liana Foksheneanu is inviting you to a scheduled Zoom meeting.

Topic: Liana Foksheneanu's Zoom Meeting
Time: Oct 26, 2021 12:00 PM Pacific Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/86435281738?pwd=UFd2eW5zSUhZNVdZOWIvSGZPQUFFUT09

Meeting ID: 864 3528 1738
Passcode: 995788
One tap mobile
+14086380968,,86435281738#,,,,*995788# US (San Jose)
+16699006833,,86435281738#,,,,*995788# US (San Jose)

Dial by your location
        +1 408 638 0968 US (San Jose)
        +1 669 900 6833 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        +1 646 876 9923 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
Meeting ID: 864 3528 1738
Passcode: 995788
Find your local number: https://us02web.zoom.us/u/k41gYRwTq
[10/26/21, 3:23:48 PM] BInyamin EN Corp: The guy like to talk
[10/26/21, 3:23:59 PM] BInyamin EN Corp: But you asked to meet him;)
[10/26/21, 3:47:15 PM] BInyamin EN Corp: <attached: 00000014-

PHOTO-2021-10-26-15-47-15.jpg>
[10/27/21, 9:58:50 AM] Eliezer: Hi benjamin can u speak??
[10/27/21, 10:03:10 AM] BInyamin EN Corp: <attached: 00000016-
PHOTO-2021-10-27-10-03-10.jpg>
[10/27/21, 11:16:33 AM] Eliezer: When you get a second please call me
I have a quick question thank you
[10/27/21, 6:15:29 PM] Eliezer: בנימין!
[10/27/21, 6:15:52 PM] Eliezer: Please make sure that this transaction
goes smoothly and if it does I will bring you more business than you
can handle bezerat hashem
[10/28/21, 12:36:30 AM] BInyamin EN Corp: Good morning.
בעז"ה
[10/28/21, 11:08:50 AM] BInyamin EN Corp: Good morning,
The office is not open yet, so I'm updating you that for now we secure
two air freight, one for Wednesday and one for Thursday.
Once the funds will be in the escrow we can set the booking.
[10/28/21, 11:09:21 AM] BInyamin EN Corp: In a different matter,
Do you have clients that don't need specific the OTC?
[10/28/21, 11:12:13 AM] Eliezer: <attached: 00000023-
AUDIO-2021-10-28-11-12-12.opus>
[10/28/21, 11:14:13 AM] BInyamin EN Corp: <attached: 00000024-
AUDIO-2021-10-28-11-14-13.opus>
[10/28/21, 11:17:58 AM] Eliezer: <attached: 00000025-
AUDIO-2021-10-28-11-17-57.opus>
[10/28/21, 12:53:16 PM] BInyamin EN Corp: Did I call back?
Sorry, millions of calls
[10/28/21, 2:44:57 PM] Eliezer: It's OK I get it we are all slab so
I'm confirming first thing in the morning 9 AM Eastern we will send
you the full wire I have the funds today but it's not available for me
to send out today since it only came in today as you know Tonight
everything will post in first thing in the morning go fund the account
but you can go ahead and start the order everything and get the
airfreight set up because we are good here
[10/28/21, 2:45:19 PM] Eliezer: I meant to say we are all slammed it
get it
[10/28/21, 2:45:47 PM] Eliezer: I appreciate everything and the
opportunity
[10/28/21, 2:47:50 PM] BInyamin EN Corp: NP .
[10/28/21, 6:24:26 PM] Eliezer: R u awake?
[10/28/21, 6:24:31 PM] Eliezer: I know it's very late by you
[10/29/21, 12:20:59 AM] BInyamin EN Corp: Now I'm up
[10/29/21, 1:22:54 AM] BInyamin EN Corp: You will see it when you will
wake up. Liana spoke with me so I'll reply
It's obvious that there will be a fight on antigen all over. As you
know better than me, it's the new "gold rush".
From legal point of view, you are buying from Acon a US package
products that can be sold only in the US. So no one can tell you not
to sell it.
I'll will send you also LOA signed by our lawyers that guarantees the
same.

I'll try to talk with Acon China this morning, but I'm pretty sure their reply will be the same as what I wrote you.
As you know, November 9 is the date the American distributor is afraid of so I would not take it too much serious all those threats.
With any case, I will take the "risk" and guarantee that you won't have a problem.

Without connection to that, I'm updating you that I gave the approval to book the place for your product on Wednesday Thursday (it will be splitting) after your text last night (my night). So your shipment is also secured.
[10/29/21, 6:48:31 AM] Eliezer: Good morning. Is it possible that we get on a call at 8:30 Am EST this morning? You, me, david, your compliance guy that was on the first call and my partners Anchi and Lewis. I hear what your saying so believe me I see Both sides so can we all speak? It would be 3:30 israel time I believe.
[10/29/21, 6:50:12 AM] BInyamin EN Corp: Jonathan (compliance) won't be available (middle of his night)
David I will ask
[10/29/21, 6:51:05 AM] BInyamin EN Corp: If we would do it at 17:00 my time I believe everyone can join
[10/29/21, 6:54:09 AM] Eliezer: Ok great so can we do rhat then? 17 isn't to late for you? I don't know what time Shabbat comes in israel.
[10/29/21, 6:54:42 AM] BInyamin EN Corp: Shabbat enter at 17:40 so it's ok
[10/29/21, 6:56:07 AM] Eliezer: Ok so yes if we can all speak. Will be important fir Lewis my partner to hear what you are saying because I agree with what you're saying but if he can hear it also direct from you and your compliance guy that we're not doing anything wrong I think would be very helpful.
[10/29/21, 6:56:36 AM] BInyamin EN Corp: NP
[10/29/21, 8:26:24 AM] Eliezer: Will u b circulating a dial in or zoom? Should I message liana?
[10/29/21, 9:14:40 AM] BInyamin EN Corp: We can do zoom, I'll send a link later
Already texted liana
[10/29/21, 9:53:49 AM] Eliezer: Are you guys going to circulate a link?
[11/1/21, 2:53:17 PM] Eliezer: We just sent the balance of 150,000
[11/1/21, 2:58:32 PM] BInyamin EN Corp: Thanks 👍
[11/1/21, 2:59:32 PM] Eliezer: Don't go spending it all in one place ;)
[11/1/21, 2:59:45 PM] BInyamin EN Corp: 😂😂😂
[11/1/21, 2:59:46 PM] Eliezer: American saying not sure if you can relate to it lol
[11/1/21, 2:59:55 PM] BInyamin EN Corp: Actually I am
[11/1/21, 3:00:16 PM] BInyamin EN Corp: Of course, I lived two years in the US
[11/1/21, 3:02:02 PM] Eliezer: OK thanks so we're good remember this is just an initial test phase order if all goes smoothly we can do a

heck of a lot more immediately
[11/1/21, 3:02:31 PM] BInyamin EN Corp: בעז״ה
[11/1/21, 3:03:04 PM] Eliezer: Exactly iyh
[11/1/21, 3:03:25 PM] Eliezer: I would much rather work with people
from the tribe believe me
[11/1/21, 3:03:53 PM] BInyamin EN Corp: <attached: 00000056-
AUDIO-2021-11-01-15-03-53.opus>
[11/1/21, 4:00:49 PM] Eliezer: <attached: 00000057-
AUDIO-2021-11-01-16-00-48.opus>
[11/1/21, 4:01:05 PM] Eliezer: <attached: 00000058-
AUDIO-2021-11-01-16-01-05.opus>
[11/1/21, 4:02:24 PM] Eliezer: <attached: 00000059-
AUDIO-2021-11-01-16-02-23.opus>
[11/1/21, 4:05:14 PM] BInyamin EN Corp: <attached: 00000060-
AUDIO-2021-11-01-16-05-14.opus>
[11/3/21, 10:11:31 AM] Eliezer: <attached: 00000061-
AUDIO-2021-11-03-10-11-30.opus>
[11/3/21, 10:12:53 AM] BInyamin EN Corp: Wow, no idea,
I will ask for the packing list from the logistic company and I'll
send you
[11/3/21, 10:13:23 AM] Eliezer: OK perfect thank you just so I can
prepare a know what to expect with my logistics
[11/3/21, 10:13:34 AM] Eliezer: And know what to expect
[11/3/21, 10:13:38 AM] BInyamin EN Corp: Absolutely
[11/3/21, 10:15:25 AM] BInyamin EN Corp: I'll make sure that you have
the paperwork (not 100% sure today cause it's late in China, but I'll
try).
Anyhow, I will also check later with the distributor I'm working with
in the UK, but I'm in meetings in the next hours, so I'll do it a bit
later (with him it's never 5 minutes call)
[11/3/21, 2:49:46 PM] Eliezer: Please let me know when you're able to
as far as how many are going to make it on today's flight and how many
on tomorrow's flight — obviously if they can all get on today that
would be best but I understand either way
[11/3/21, 2:50:08 PM] Eliezer: Since you did tell me it would be split
up
[11/3/21, 2:55:36 PM] BInyamin EN Corp: I won't have the details
before China wakes up,
Haven't got the AWB yet
[11/3/21, 2:59:52 PM] Eliezer: Ok
[11/4/21, 9:08:12 AM] BInyamin EN Corp: In a meeting,
I'll call you in 45 minutes +−
[11/4/21, 9:08:55 AM] Eliezer: Good morning Benjamin I'm just
following up to see what made it on yesterday and if you could please
send me those documents of the airway bill and also how much is making
it on today, thanks
[11/4/21, 9:08:58 AM] Eliezer: Ok
[11/4/21, 9:42:08 AM] BInyamin EN Corp: Missed voice call
[11/4/21, 9:47:17 AM] BInyamin EN Corp: <attached: 00000075-
PHOTO-2021-11-04-09-47-17.jpg>

[11/4/21, 12:17:55 PM] Eliezer: Can me u snd Anchi talk?
[11/4/21, 12:18:04 PM] Eliezer: He has something to share with u
[11/4/21, 12:18:11 PM] Eliezer: Only us 3 speak
[11/5/21, 8:51:05 AM] Eliezer: בוקר טוב בנימין
[11/5/21, 8:51:23 AM] Eliezer: Please call me
[11/5/21, 9:08:53 AM] BInyamin EN Corp: Good morning, I'll call in
about 30min
[11/7/21, 7:56:34 AM] Eliezer: Shavua Tov BInyamin. This isn't a good
sign still nothing. Again I wake up after Shabbat with no messages,
airway bills or information. Even an airway bill to Mexico still
nothing as I've suspected and been saying all along. Again believe me
I would love to be wrong but as it seems I'm not.
[11/7/21, 8:02:05 AM] BInyamin EN Corp: Shavua tov and chodesh tov,
Believe me I think you will be wrong this time.
No one in the US will have the new package before you will.
I didn't want to start calling you after Shabbat, that's the only
reason I haven't sent a massage, and my apologies for Friday, I forgot
Shabbat is entering earlier.
The Mexico solution is new, I need to reroute some of the orders , but
I found a creative way to cross the issue.
I know I'm asking a lot, but be a little bit more patient with us and
you won't regret.
I'm in a factory tour in the next few hours, and I'll call from the
hotel with all the information.
I'll prove you not only that you haven't mistaken, you will gain more
(forward you call with Nate on Friday).
I'll call you when I'll get back to the hotel
[11/7/21, 8:22:14 AM] Eliezer: BInyamin I hear you but timing is
everything and if I can't deliver ontime very soon I will have a
problem. – call me later. (Even with the back up solution but with re
routing through Mexico according to Liana was supposed to happen over
the weekend and it hasn't which is why it's still concerning) – will
speak Later.
[11/8/21, 7:29:18 AM] BInyamin EN Corp: <attached: 00000085-
AUDIO-2021-11-08-07-29-18.opus>
[11/8/21, 8:09:03 AM] Eliezer: <attached: 00000086-
AUDIO-2021-11-08-08-09-03.opus>
[11/8/21, 2:41:20 PM] BInyamin EN Corp: Where do you need to 200k?
Where is your buyer warehouse, NY?
[11/8/21, 2:41:48 PM] BInyamin EN Corp: On a call
[11/8/21, 2:41:59 PM] Eliezer: Ok
[11/8/21, 2:42:01 PM] BInyamin EN Corp: One sec mate
[11/8/21, 2:42:21 PM] Eliezer: My client was n Virginia so either
Virginia or my warehouse in NY either one works
[11/8/21, 2:42:39 PM] BInyamin EN Corp: Ok
[11/8/21, 2:42:44 PM] Eliezer: Virginia only a 5 hour drive from NY
[11/8/21, 2:42:49 PM] Eliezer: So I can send my drover
[11/8/21, 2:42:51 PM] Eliezer: Driver
[11/8/21, 2:43:08 PM] Eliezer: Actually 6-7 hours but it's ok either
way

[11/8/21, 2:43:50 PM] BInyamin EN Corp: I use to live in Virginia for few months:)
But it will probably will come from San Diego so I need to check which one is better.
Checking
[11/8/21, 3:09:17 PM] BInyamin EN Corp: Missed voice call
[11/9/21, 2:51:46 PM] BInyamin EN Corp: Missed voice call
[11/9/21, 3:03:47 PM] Eliezer: Hi I just tried u back
[11/11/21, 9:47:37 AM] Eliezer: Hi please call thanks
[11/11/21, 9:47:41 AM] BInyamin EN Corp: Will call in an hour, in the airport
[11/11/21, 9:48:00 AM] Eliezer: Ok please do thanks
[11/11/21, 1:36:01 PM] Eliezer: Please call
[11/11/21, 1:36:10 PM] Eliezer: R u still on flight?
[11/11/21, 1:36:15 PM] BInyamin EN Corp: I'm on the flight, I'll call in 3 hours when I'll land
[11/11/21, 1:36:18 PM] BInyamin EN Corp: Yes
[11/11/21, 1:36:57 PM] Eliezer: OK I think I will accept your offer on a compromise where I withdraw only 1 million for the cash flow and I leave the rest in there to keep this moving forward  before I call the lawyer to amend the escrow agreement are you sure you're OK with this?
[11/11/21, 1:37:10 PM] Eliezer: I'm taking a leap of faith here and trusting that in the end everything will work out
[11/11/21, 1:37:56 PM] BInyamin EN Corp: I appreciate that more than anything else. The only way to do business.
[11/11/21, 1:38:26 PM] BInyamin EN Corp: I am.
You can screen shot that I approved it
[11/15/21, 9:29:37 AM] Eliezer: Good morning BInyamin can you talk?
[11/15/21, 9:30:11 AM] Eliezer: I have to speak with you before I talk with my client and they have already tried to call me three times so let me know thanks thanks
[11/15/21, 9:33:49 AM] BInyamin EN Corp: Hey,
I'll call in about an hour
[11/15/21, 9:51:53 AM] Eliezer: Are you possibly available sooner?
[11/15/21, 10:01:57 AM] BInyamin EN Corp: Yes, I'll try in about 10-15 minutes
[11/15/21, 10:02:26 AM] BInyamin EN Corp: <attached: 00000117-PHOTO-2021-11-15-10-02-26.jpg>
[11/15/21, 11:41:24 AM] BInyamin EN Corp: Send me your email address please
[11/15/21, 11:55:38 AM] Eliezer: Eliezernerenberg@yahoo.com
[11/17/21, 10:46:30 AM] BInyamin EN Corp: Hey, good morning
I have a client that need ready stock for POC and I don't have at the moment. Can you assist with that?
[11/17/21, 10:46:45 AM] BInyamin EN Corp: He needs 5m test total
[11/17/21, 12:13:50 PM] Eliezer: I'm assuming we're talking about only the FDA eua approved products correct? because I don't deal with the non-approved ones
[11/17/21, 12:15:13 PM] BInyamin EN Corp: Of course
[11/17/21, 12:31:55 PM] Eliezer: Can u please set up a call so I can

vet it? U me and the buyer. Thanks
[11/17/21, 12:32:24 PM] Eliezer: From my experience BInyamin if you're not speaking to the actual buyer these deals never happen
[11/17/21, 12:32:53 PM] Eliezer: That's why I would like to set up a call to understand this request but just to price without any information I might as well buy a lottery ticket
[11/17/21, 12:33:19 PM] Eliezer: But yes there are some options
[11/17/21, 12:34:23 PM] Eliezer: Any movement on the Flow flex?
[11/17/21, 12:40:21 PM] BInyamin EN Corp: Few minutes please
[11/18/21, 3:12:20 PM] BInyamin EN Corp: Found the outline:
Diagnostic evaluation criteria
1. Full product data sheet, packaging, and IFU
2. Clinical data: white paper, assumptions, primary data sets, submitted methodology
3. Manufacturers history
4. Plant certifications
5. Additional products made at same facility
6. All product filings linked to facility
7. Any adverse event filings made against company or facility
8. Any quality or labor shortcomings, warnings, fines, or citations
9. All current files but not awarded certifications attached to facility
[11/22/21, 2:20:56 PM] Eliezer: Hi BInyamin please call me thank you
[11/22/21, 2:40:06 PM] BInyamin EN Corp: Hey hey,
I'll call you in about an hour
[11/23/21, 10:32:42 AM] Eliezer: Good morning BInyamin if you can please call me
[11/23/21, 10:42:51 AM] BInyamin EN Corp: 20 minutes
[11/23/21, 10:43:25 AM] Eliezer: Ok thanks
[11/23/21, 11:34:13 AM] BInyamin EN Corp: <attached: 00000136-PHOTO-2021-11-23-11-34-13.jpg>
[11/23/21, 11:34:13 AM] BInyamin EN Corp: <attached: 00000137-PHOTO-2021-11-23-11-34-13.jpg>
[11/23/21, 11:34:13 AM] BInyamin EN Corp: <attached: 00000138-PHOTO-2021-11-23-11-34-13.jpg>
[11/23/21, 11:34:13 AM] BInyamin EN Corp: <attached: 00000139-PHOTO-2021-11-23-11-34-13.jpg>
[11/23/21, 11:34:13 AM] BInyamin EN Corp: <attached: 00000140-PHOTO-2021-11-23-11-34-13.jpg>
[11/24/21, 10:19:33 AM] BInyamin EN Corp: Missed voice call
[11/24/21, 10:19:58 AM] BInyamin EN Corp: What's the expiration date on the 150k?
[11/24/21, 10:20:39 AM] BInyamin EN Corp: And which state is the warehouse you said?
[11/26/21, 5:52:10 AM] BInyamin EN Corp: Wanted to give you an update if we won't talk before Shabbat:
The logistics company picked up the goods from the warehouse,
2 flights are scheduled for Monday and Tuesday. Don't know the split yet.
My office in Switzerland has your email if they will receive the AWB

while it's Shabbat here.

Shabbat Shalom
[11/26/21, 8:45:29 AM] Eliezer: OK thank you for the update because you realize that based on the timeline you gave me it was that we would receive it here in America by the end of this week which is today so you can imagine everybody's getting very antsy at this point so I really hope the stuff actually gets on these flights on Monday or Tuesday
[11/26/21, 8:52:37 AM] Eliezer: Please can you ask the logistics company for proof that they picked this up please ask them for a packing slip signed or some thing Showing that they have this
[11/26/21, 9:02:28 AM] Eliezer: <attached: 00000147-AUDIO-2021-11-26-09-02-27.opus>
[11/29/21, 8:27:01 AM] Eliezer: Good morning please call me
[11/29/21, 8:27:35 AM] Eliezer: The fact that we still haven't received anything from the logistics company proving that they picked up the stuff is concerning
[11/29/21, 8:27:49 AM] Eliezer: Again over Shabbat or the weekend I expected to receive some stuff and nothing came in
[11/29/21, 8:29:55 AM] Eliezer: Please call when u can
[11/29/21, 8:30:31 AM] BInyamin EN Corp: Hey good morning, I'm at the Knesset so it will take me few hours.
I have spoke with them 2 hours ago and the said there is no delay and the first flight is leaving tonight. They said we will have the AWB tonight as well.
I don't know why we haven't got the paperwork yet, but they have no reason to lie (and if they will we will know in few hours, and they have fine on that).
As you know, AWB/BOL are usually provided after the loading.
I'm working with the distributor, not with the logistic company.
[11/29/21, 8:30:48 AM] BInyamin EN Corp: I updated Liana and I asked her to update you as well.
[11/29/21, 8:31:15 AM] BInyamin EN Corp: Sorry, that will take me few hours, I can't pick up the phone freely here
[11/29/21, 8:32:23 AM] Eliezer: It's not adding up I'm sorry I don't believe it there's something wrong here
[11/29/21, 8:32:29 AM] Eliezer: I believe you but I don't believe them
[11/29/21, 8:32:53 AM] Eliezer: She told me yesterday it was getting on a flight on Monday and that I would have the paperwork yesterday day after day it's always tomorrow tomorrow tomorrow after the weekend after Shabbat tomorrow tomorrow tomorrow there's something wrong here I'm telling you right now BInyamin
[11/29/21, 8:33:09 AM] Eliezer: If the logistics company picked it up you would have paperwork proving that it simple and the fact they can't give that to you there's an issue
[11/29/21, 8:34:03 AM] Eliezer: Now again it's tonight you said yourself, you're not listening to yourself BInyamin it's always tonight or tomorrow
[11/29/21, 8:34:26 AM] Eliezer: God for bid I'm not accusing you of

lying I'm telling you they're telling everybody what they want to hear
[11/29/21, 8:34:51 AM] Eliezer: Today is Monday tonight it's already
Tuesday in China it's almost Tuesday already
[11/29/21, 8:35:21 AM] BInyamin EN Corp: Eliezer, I'm forwarding to
you exactly how I'm getting it.
I'm not manufacturing for the first day of my life in China, and I
know how those companies are. I *do* believe, that based on my
relationship and connection and signed documents and deposit, they
won't lie. They have told me (and I was forwarding to you) the status
on ACON from the inside the whole time.
[11/29/21, 8:36:00 AM] Eliezer: I believe you I don't believe them
[11/29/21, 8:36:17 AM] BInyamin EN Corp: That's already good, but not
enough:)
[11/29/21, 8:36:58 AM] BInyamin EN Corp: Let's see what they will come
with. If we won't have paperwork tonight, you and I will jump on a
call with them and decide what to do.
[11/29/21, 8:37:03 AM] Eliezer: OK so what day will you surrender and
finally say that they're lying because every day it's always tonight
or tomorrow so I want to know when you will finally say that they're
lying
[11/29/21, 8:37:11 AM] Eliezer: Will you finally agreed that if it
doesn't get on a plane tonight that they're obviously lying
[11/29/21, 8:38:47 AM] BInyamin EN Corp: If we want have all
documentation tonight, they are lying.
And tomorrow morning I have SGS inspector in their warehouse in China
to verify 6m tests for government buyer I have. White box as well.
So double verification on them
[11/29/21, 8:39:22 AM] BInyamin EN Corp: And I really need your advice
on the Turkish test (you have the samples and documentation).
[11/29/21, 8:43:29 AM] Eliezer: So far your inspections and logistics
companies have not come through it's a very simple thing if the
logistics company picked it up from the factory then they would have
paperwork verifying that and the fact that you can't get this don't
you see how that's a problem!?
[11/29/21, 8:43:45 AM] Eliezer: It's very simple call your distributor
and ask them for the paperwork from the logistics company that they
picked it up I'm not understanding this
[11/29/21, 8:44:00 AM] Eliezer: Forget the flight and the airway bill
that's separate
[11/29/21, 8:44:12 AM] Eliezer: Because if that first part never
happened then we're dreaming to even think about a flight
[11/29/21, 8:46:17 AM] BInyamin EN Corp: That's the most important.
But I'll ask them to send me something from the logistic company that
they have taken it.
For me, I care about the AWB cause this is the part I'm paying the
balance to them, that's why I'm usually working with that (only real
verification, except inspection)
[11/29/21, 8:47:02 AM] BInyamin EN Corp: And that's the first time we
are inspecting large quantities of the white box outside the factory,
so it is important

[11/29/21, 8:47:57 AM] Eliezer: I agree an airway bill is very important but you're never gonna get it airway bill if you can't even get a simple document with a signature that they picked up what they picked up from the factory if you can't get this then it never happened hence why I'm very skeptical

[11/29/21, 8:48:08 AM] Eliezer: Please call me as soon as you're able to we need to get on the phone

[11/29/21, 8:48:38 AM] Eliezer: Please get the paperwork from the logistics company nobody picked up a few million dollars worth of product without getting a signature

[11/29/21, 8:48:44 AM] BInyamin EN Corp: Ok, I'll call you when I'll have a break here

[11/29/21, 5:09:21 PM] Eliezer: Any luck on those docs from logistics?

[11/30/21, 7:43:17 AM] BInyamin EN Corp: Yes,
We were starting receiving the AWBs and bookings for tonight's flight. My office preparing everything and will share with you shortly

[11/30/21, 7:44:22 AM] BInyamin EN Corp: <attached: 00000182-PHOTO-2021-11-30-07-44-22.jpg>

[11/30/21, 7:56:35 AM] BInyamin EN Corp: 20 minutes

[11/30/21, 8:01:11 AM] Eliezer: <attached: 00000184-PHOTO-2021-11-30-08-01-11.jpg>

[11/30/21, 8:01:17 AM] Eliezer: You agreed that if we woke up today and they didn't get on the flight last night that they are lying, and now again your saying again tonight we agreed that they lied at this point why didn't it get on the flight yesterday or why don't we have the documentation from the courier that it was picked up? Anyone can go to dhl.com and put these stupid papers up here this is bullshit

[11/30/21, 8:01:41 AM] Eliezer: Ok yes please call thanks

[11/30/21, 8:10:00 AM] Eliezer: Nope we still never got the documents verifying it was picked up from the factory which is why everything else here is a bunch of nonsense

[12/1/21, 9:55:55 AM] Eliezer: BInyamin please call me immediately I'm about to shut this whole thing down

[12/1/21, 9:56:17 AM] BInyamin EN Corp: Few minutes please

[12/1/21, 9:56:29 AM] Eliezer: OK please right away in a few minutes

[12/1/21, 11:08:31 AM] Eliezer: Please call me I spoke with logistics company

[12/1/21, 11:08:40 AM] BInyamin EN Corp: Few minutes

[12/1/21, 11:08:48 AM] BInyamin EN Corp: Finishing a meeting

[12/1/21, 4:06:57 PM] Eliezer: I guess I was not the first one as I was promised to get product here locally in the USA – Acon USA has already successfully brought product here and are selling it locally and two companies I know already successfully purchased and selling. There is 200,000 now sitting in Tennessee at customs and two major distributors are selling it right now if you had such great contacts within acon why don't you call them and get me that product

[12/1/21, 4:07:48 PM] Eliezer: They said it's available for pick up in the beginning of next week after customs possible earlier

[12/1/21, 4:08:12 PM] Eliezer: Let your contacts at accon  give us this

[12/1/21, 4:09:13 PM] BInyamin EN Corp: I haven't heard anything about that, but I'll talk with Acon guy in the morning for explanations
[12/2/21, 12:02:37 PM] BInyamin EN Corp: <attached: 00000198-PHOTO-2021-12-02-12-02-37.jpg>
[12/2/21, 12:03:20 PM] BInyamin EN Corp: Missed voice call
[12/2/21, 12:33:47 PM] Eliezer: Just tried u back
[12/2/21, 12:33:51 PM] Eliezer: Can u speak
[12/2/21, 12:54:02 PM] Eliezer: I have a call in seven minutes with my big client so can we speak before then please
[12/2/21, 12:54:08 PM] Eliezer: I just need to minutes of your time
[12/2/21, 12:54:30 PM] BInyamin EN Corp: Few minutes I'll step outside
[12/2/21, 1:11:21 PM] Eliezer: Please send whatever you can hopefully it's at least half or a few thousand pieces to

Genetworx
Attn: Ryan Forsthoff
1000 Technology Drive
Glenn Allen, VA  23060
[12/2/21, 1:11:26 PM] Eliezer: Then please send one case to my office
[12/2/21, 1:12:01 PM] Eliezer: Eliezer Nerenberg
5571 North University Dr.
Suite 104
coral Springs, FL 33067
[12/2/21, 1:26:34 PM] Eliezer: I spoke to them if we can get them at least the 5000 tests which is half of what you have here that will go along way
[12/2/21, 10:14:34 PM] Eliezer: Please make sure on that 5000 and have them send me tracking info as well
[12/3/21, 7:25:20 AM] BInyamin EN Corp: I have sent your details and the addresses to the US office, they will contact you in the morning and send the trucking paperwork
[12/3/21, 8:37:55 AM] Eliezer: OK can you please give me contact information of the US office in case I don't hear from them and it's already שבת by you
[12/3/21, 9:13:19 AM] BInyamin EN Corp: <attached: 00000212-הנריקה.vcf>
[12/3/21, 9:13:24 AM] BInyamin EN Corp: שבת שלום
[12/8/21, 8:29:19 AM] Eliezer: Good morning BInyamin. Something is fishy. Call u soon.
[12/8/21, 8:30:27 AM] BInyamin EN Corp: Good morning,
I'm here.
Try in the next 30 minutes please cause after that I'm not going to be available for 2-3 hours
[12/8/21, 8:32:16 AM] Eliezer: I just tried
[12/9/21, 7:43:40 AM] Eliezer: All day I was promised tracking from Henrique spoke to him a couple times yesterday still have not received anything I'm done
[12/9/21, 7:43:53 AM] Eliezer: Like I said I'm being lied to Every day since Sunday I was promised the same thing still nothing
[12/9/21, 7:47:21 AM] BInyamin EN Corp: I don't understand what's

going on. I'm telling you that the first shipment already arrived to the first client. Let me talk with Enrique and the logistics this morning and call you with an answer
[12/9/21, 7:48:11 AM] Eliezer: It's all bullshit exactly every day and promised the same thing I spoke to Enrique he still has not been able to provide me the tracking information
[12/9/21, 7:48:18 AM] Eliezer: It's the same as always story after story after story
[12/9/21, 7:49:40 AM] BInyamin EN Corp: Eliezer if you won't get the product this week, I'm taking a flight over there myself. Let me talk with Enrique to check what's going on.
[12/9/21, 7:53:51 AM] Eliezer: Don't bother because I'm not waiting any longer I'm gonna have to call it off I'm sorry
[12/9/21, 7:55:56 AM] BInyamin EN Corp: Eliezer it was already shipped. You have trusted me that long please keep trusting. You will have the 5,000 this week, and by Judy we are also ok with the logistics in China. We were entering this venture together, for not only this transaction.
[12/9/21, 7:56:30 AM] BInyamin EN Corp: I'm available to talk if you are able
[12/9/21, 7:57:04 AM] Eliezer: It's a simple request if it was already shipped where is the tracking information
[12/9/21, 7:57:40 AM] BInyamin EN Corp: I agree, and I will get you the answer and the information of the logistics company
[12/9/21, 11:45:33 AM] Eliezer: It's OK I'm speaking with judy she's the only one that tells me the truth and give me a straight story and answers
[12/9/21, 11:45:39 AM] Eliezer: Henrique is a liar I don't want to ever speak to him again
[12/9/21, 11:46:04 AM] Eliezer: It's not even manipulation it's a straight up lies from him
[12/9/21, 11:48:23 AM] BInyamin EN Corp: Judy updated me already. Already told Enrique to step back
[12/9/21, 10:28:27 PM] Eliezer: BInyamin I wasn't going to text you I was just gonna let it be but I have to share with you that I'm very upset at you because regardless of what you say and the excuses you lied to me I know you have no control over China but you lied to me about the samples that were here in the US and then Enrique continued the lie and there's no point in even telling you why but if you think about the things that you told me regarding this you flat out lied to me.
[12/10/21, 6:57:36 AM] BInyamin EN Corp: I apologise that I wasn't involved enough. I never lied in my life, I was forwarding to massage I got. That's just not who I am.
I do apologize that this is the service you got and I hope with Judy you will get the right service.
I do apologise and hopefully we will get it right.
[12/12/21, 5:39:16 PM] Eliezer: <attached: 00000234–AUDIO–2021–12–12–17–39–15.opus>
[12/12/21, 5:43:00 PM] Eliezer: <attached: 00000235–

AUDIO-2021-12-12-17-42-59.opus>
[12/12/21, 6:01:15 PM] Eliezer: Also we were not the first ones in the
US as you promised to get these tests now again that I'm not accusing
you of lying about because that you cannot control I'm just letting
you know there's much more going on than you r aware of and I have two
groups that I work with that already have product in hand and they
sent me pictures.
[12/12/21, 6:02:22 PM] Eliezer: <attached: 00000237-
PHOTO-2021-12-12-18-02-22.jpg>
[12/13/21, 5:30:27 AM] BInyamin EN Corp: I explained you how and who.
[12/13/21, 5:31:06 AM] BInyamin EN Corp: Don't know what else to tell
you Eliezer, you can decide if to continue with Judy or not.
[12/20/21, 12:27:48 PM] BInyamin EN Corp: <attached: 00000240-
PHOTO-2021-12-20-12-27-48.jpg>
[12/20/21, 12:28:37 PM] Eliezer: I'm sorry I just hit reply all did
not even realize I'll make sure next time not to do that!
[12/20/21, 12:28:50 PM] Eliezer: I apologize Yes I stand corrected you
did mention on your email this morning not to do that and I did not
even realize
[12/20/21, 12:28:51 PM] BInyamin EN Corp: Thank you very much
[12/20/21, 12:29:00 PM] Eliezer: Next email will only be to you and
David
[12/20/21, 12:29:14 PM] BInyamin EN Corp: Thanks
[12/22/21, 9:52:18 AM] BInyamin EN Corp: <attached: 00000246-
AUDIO-2021-12-22-09-52-18.opus>
[12/22/21, 11:00:32 AM] Eliezer: No problem thanks for the update
[12/22/21, 11:00:53 AM] Eliezer: When u r ready please send it to the
first account that I emailed u
[12/22/21, 11:26:38 AM] BInyamin EN Corp: 👍🙏
[12/23/21, 11:08:38 PM] Eliezer: Hi BInyamin. Please let me know when
u can send back the deposit.  Can u send us this tomorrow on Friday?
Would be today when u wake up and see this by you.
[12/23/21, 11:10:17 PM] Eliezer: Also please make sure to send it back
to us (Zeflon) from the original email that I sent and not the 2nd
email.
[12/27/21, 9:59:48 AM] Eliezer: Hi BInyamin it's been a full week can you
you please advise?
[12/27/21, 10:00:51 AM] BInyamin EN Corp: Sure, I'm waiting for the
guys in the US to wake up so we can finalised. Probably tomorrow will
be wired from Switzerland to your account
[12/29/21, 9:37:01 AM] Eliezer: Good morning Benjamin we still haven't
received anything
[12/29/21, 10:04:20 AM] BInyamin EN Corp: <attached: 00000255-
AUDIO-2021-12-29-10-04-20.opus>
[12/29/21, 10:09:32 AM] Eliezer: Ok thank u
[12/30/21, 11:43:33 AM] Eliezer: Please call thanks
[12/30/21, 11:43:31 AM] BInyamin EN Corp: Calling back in a few
[1/2/22, 2:02:01 PM] Eliezer: BInyamin it's really not right that you
have not sent back that money yet
[1/2/22, 2:02:13 PM] Eliezer: And I have not emailed the whole group

like you asked me not to do
[1/2/22, 2:02:21 PM] Eliezer: Please there should be no reason it's been a couple weeks now
[1/2/22, 2:03:23 PM] Eliezer: I've been very patient since the beginning
[1/2/22, 2:06:25 PM] BInyamin EN Corp: Eliezer I have no idea why it haven't been approved yet, I will send you the copy mail the date I gave an order to sent. Tomorrow I'll check with the banker and update in your morning. My apologies
[1/2/22, 2:12:35 PM] Eliezer: OK BInyamin but I thought you're in charge
[1/2/22, 2:13:03 PM] BInyamin EN Corp: I am responsible, indeed.
[1/3/22, 10:25:48 AM] Eliezer: Hi BInyamin. Please advise. Thanks
[1/3/22, 10:27:32 AM] BInyamin EN Corp: <attached: 00000267-AUDIO-2022-01-03-10-27-32.opus>
[1/4/22, 9:02:11 AM] BInyamin EN Corp: <attached: 00000268-AUDIO-2022-01-04-09-02-11.opus>
[2/1/22, 7:51:04 AM] Eliezer: Hi BInyamin. I already told judy in the weekend and I'm making sure she told you. Today is Tuesday and I requested the refund already for Monday and nothing came through yet. Can you please make sure to refund the $217,000 today?
[2/1/22, 7:51:59 AM] Eliezer: It's been months now and nothing has worked and if you guys somehow do come through I'll be happy to pay and proceed accordingly but until then I need the refund. Thanks
[2/1/22, 8:57:25 AM] BInyamin EN Corp: <attached: 00000271-AUDIO-2022-02-01-08-57-25.opus>
[2/1/22, 9:04:39 AM] Eliezer: <attached: 00000272-AUDIO-2022-02-01-09-04-38.opus>
[2/3/22, 9:52:44 AM] Eliezer: Hi BInyamin I still haven't received the refund and it's already Thursday can you please advise
[2/7/22, 9:51:59 AM] Eliezer: Please call me
[2/7/22, 10:09:46 AM] BInyamin EN Corp: Hey, will call you back in few hours, I'm on reserve
[2/7/22, 1:39:10 PM] BInyamin EN Corp: Missed voice call
[2/9/22, 9:52:34 AM] Eliezer: Hi BInyamin, so what's the story? 2 days ago we spoke and you said that you were going to be talking to Ana yesterday and then based on that let me know. Thanks
[2/10/22, 7:03:54 AM] BInyamin EN Corp: <attached: 00000278-AUDIO-2022-02-10-07-03-54.opus>
[2/14/22, 11:48:53 AM] BInyamin EN Corp: Calling back in an hour
[2/14/22, 11:48:54 AM] Eliezer: Still no refund BInyamin
[2/14/22, 11:49:43 AM] BInyamin EN Corp: I already approve to wire after no clear response from Ana. You will have it in your account this week no worries.
[2/14/22, 11:50:56 AM] Eliezer: This week isn't ok BInyamin every week it becomes this week that's not ok, please send it immediatelyas i was promised. I've been so patient with you guys it's not right that you keep putting me off
[2/16/22, 10:02:55 AM] Eliezer: Why haven't I been refunded yet?
[2/16/22, 10:47:34 AM] BInyamin EN Corp: Eliezer you will.

And if you think that you are going to threat though David or talk
shit on us, that's going to fast things you are wrong.
Yes. You have been patient.
Yes. You will have your refund.
But for all that time you were speaking to Ana directly and agreed to
wait to see if she can fulfill. I have been completely transparent
with you the all way. And I also said that it will take few days for
the refund cause we need to pay it from our own funds (we haven't got
the refund yet as well).
[2/16/22, 10:51:53 AM] Eliezer: How did I threaten anybody I will
screenshot you exactly what I sent to david when I sent him is very
very normal look here I didn't threaten anybody
[2/16/22, 10:52:53 AM] Eliezer: <attached: 00000286-
AUDIO-2022-02-16-10-52-52.opus>
[2/16/22, 10:53:32 AM] Eliezer: <attached: 00000287-
AUDIO-2022-02-16-10-53-31.opus>
[2/16/22, 10:53:56 AM] Eliezer: <attached: 00000288-
PHOTO-2022-02-16-10-53-56.jpg>
[2/16/22, 10:54:15 AM] Eliezer: Here is the screenshot of the messages
full disclosure that I sent David today how exactly is this a threat
please tell me!?
[2/17/22, 4:50:48 PM] Eliezer: Still haven't received the wire
[2/17/22, 4:50:53 PM] Eliezer: And it's Thursday
[2/18/22, 7:59:35 AM] Eliezer: <attached: 00000292-
PHOTO-2022-02-18-07-59-35.jpg>
[2/18/22, 8:00:04 AM] Eliezer: Benjamin this refund has nothing to do
with my refund you promised me you promised me you promised me what is
going on then even in the beginning of this week you said definitely
this week
[2/18/22, 8:57:59 AM] BInyamin EN Corp: Missed voice call
[2/18/22, 9:02:37 AM] BInyamin EN Corp: One sec on the line
[2/22/22, 7:03:19 PM] Eliezer: Hi BInyamin I still don't have the
refund
[2/23/22, 8:22:47 AM] BInyamin EN Corp: On a meeting, will call back
[2/23/22, 8:22:50 AM] Eliezer: Good morning BInyamin please call me
with an update I still have not gotten refunded
[2/23/22, 8:22:54 AM] Eliezer: Ok
[2/24/22, 6:45:17 AM] BInyamin EN Corp: Eliezer, Nate will call you
this morning with updates. I'm sorry for not being available,
something personal in the family. Will call you Friday anyhow.
Good morning
[3/7/22, 11:20:22 PM] Eliezer: Still no refund
[3/22/22, 11:07:56 AM] Eliezer: Hi BInyamin please call me
[3/22/22, 11:23:07 AM] BInyamin EN Corp: Good morning, will call in
couple of hours, I'm in reserve without good signal
[3/22/22, 11:23:47 AM] Eliezer: Can you please advise when I will
receive the refund?  please it's been months and I've been so patient
with you guys
[3/22/22, 11:24:15 AM] Eliezer: I have some thing that I have to put
the money into so I need it right away

[3/22/22, 11:28:13 AM] BInyamin EN Corp: The board already approved the refund though different company. I'm waiting for Nate to call me tonight if they solved the tax issue.

In addition, without related to the refund from the other company, we put lawsuit against GTS with very good Chinese law firm that will make sure we will refund you not only the amount you paid, but also losses that was created to you and us.
[3/22/22, 11:41:18 AM] BInyamin EN Corp: This refund is closing. We are doing everything in our power, even to take from another company of us, in order to finish it without waiting to the Chinese.
We are taking it on our back, even though you know it's not our fault and we payed to the factory.
[3/22/22, 11:45:20 AM] Eliezer: The arrangement was all along between us and that you will refund us even in the beginning when I was very hesitant of this whole deal you assured me that regardless of what your dealings was that you were going to get me back the money because my deal was with your company and then even Netanel said the same thing so whatever happens between you and Chinah that's your business but if you guys can please as per arrangement get the money to me right away, thanks
[3/22/22, 11:45:26 AM] Eliezer: I really need it now
[3/22/22, 11:45:35 AM] Eliezer: I've been extremely patient until now but now we really need it
[3/22/22, 1:44:39 PM] BInyamin EN Corp: Understood.
I'll call Nate shortly and I'll check how can I push immediately with the tax advisor
[3/22/22, 2:07:12 PM] Eliezer: Thank u
[3/23/22, 7:16:01 AM] BInyamin EN Corp: Good morning,
Let me know when you can talk
(I'll be available in about an hour)
[3/23/22, 9:59:40 AM] Eliezer: Now is good
[3/23/22, 10:00:18 AM] BInyamin EN Corp: Will call back
[3/28/22, 1:37:21 PM] Eliezer: Hi BInyamin. It's Monday already can you please let me know what the status is what we talked about Friday. Thanks
[3/28/22, 4:26:11 PM] Eliezer: <attached: 00000317-PHOTO-2022-03-28-16-26-11.jpg>
[3/28/22, 4:26:25 PM] Eliezer: <attached: 00000318-PHOTO-2022-03-28-16-26-25.jpg>
[3/28/22, 4:27:28 PM] BInyamin EN Corp: Eliezer I'm on reserve because what's going on in Israel, I'll call Nate first thing in the morning
[3/28/22, 4:27:29 PM] Eliezer: <attached: 00000320-AUDIO-2022-03-28-16-27-29.opus>
[3/28/22, 5:33:55 PM] Eliezer: <attached: 00000321-PHOTO-2022-03-28-17-33-55.jpg>
[3/28/22, 5:34:12 PM] Eliezer: He's not keeping his word and u guys r not
[3/28/22, 5:52:01 PM] Eliezer: Good luck
[3/29/22, 7:51:45 AM] BInyamin EN Corp: Taking care of it

[3/30/22, 11:40:55 AM] Eliezer: Please Binyamin
[3/31/22, 9:42:16 AM] BInyamin EN Corp: <attached: 00000326-
AUDIO-2022-03-31-09-42-16.opus>
[3/31/22, 9:42:56 AM] Eliezer: Ok thanks yes please do
[3/31/22, 11:31:51 AM] Eliezer: Mazal Tov. Beautiful baby girl just
born 11:03 am weighing 6 lbs. 13 oz. both mom and baby are doing
great.
[3/31/22, 11:35:22 AM] BInyamin EN Corp: BH!!!
Mazal tov 🙏
[4/1/22, 11:47:45 AM] Eliezer: <attached: 00000330-
AUDIO-2022-04-01-11-47-44.opus>
[4/1/22, 12:24:23 PM] Eliezer: <attached: 00000331-
AUDIO-2022-04-01-12-24-22.opus>
[4/1/22, 12:24:23 PM] Eliezer: <attached: 00000332-
AUDIO-2022-04-01-12-24-22.opus>
[4/1/22, 12:24:31 PM] Eliezer: These last two voicenotes I just left
for Netanel
[4/1/22, 12:24:57 PM] Eliezer: And I'm asking you the same question
please get this resolved as you promised because if you don't you guys
believe me no other option and trust me I don't want to take that
route this is not a threat that's why am asking what should I do to
protect myself because I need this money back BInyamin I've been
begging you
[4/3/22, 6:25:39 AM] BInyamin EN Corp: I'm on top of it. Promise.
[4/3/22, 11:18:43 AM] Eliezer: Ok thank u
[4/4/22, 11:44:28 AM] Eliezer: Good morning BInyamin. I just tried
calling. Can u please call me back today? Thanks
[4/6/22, 1:20:52 PM] BInyamin EN Corp: Eliezer please watch the news
on Israel,
Im a commander of 270 soldiers that are participating this actions.
All my life are on hold, I haven't seen my family for two weeks, and
all our business activities is falling on Nate.
I'll try to find some time tomorrow so the three of us can talk and
check what we can do.
My apologies
[4/6/22, 1:22:41 PM] Eliezer: Hi BInyamin I'm sorry about what you're
dealing with but it takes a second for Nate to send a wire and he
keeps promising and promising are not delivering and I don't know what
else to do you guys are leaving me no other options, It's very simple
all has to do is send money we don't even need to speak we beat us up
already you know
[4/6/22, 1:22:52 PM] Eliezer: Nothing to do on a personal matter
BInyamin I appreciate what you're doing and I wish you lots of luck
this is strictly business
[4/6/22, 1:23:46 PM] Eliezer: When we did this transaction you
promised me that $200,000 that you guys were in a good position that
if something went wrong it's small money and you could refunded
immediately I've been getting the runaround and promise after promise
and nobody's keeping there word , and you know that I don't need to
convince you I don't know what Nate's deal is but he not a man of his

word and nobody here has been
[4/6/22, 1:29:29 PM] Eliezer: Again BInyamin I'm not minimizing anything that you're doing for the sake of our country that's amazing and I give you lots of credit this is nothing to do with that this is business and all I'm saying is there's no need for us to speak all he has to do is send money
[4/14/22, 6:10:12 PM] Eliezer: I still have received not a dime
[4/20/22, 11:50:34 AM] Eliezer: Still no refund
[4/20/22, 11:50:47 AM] Eliezer: It's a real chutzpah
[4/28/22, 6:18:26 PM] Eliezer: 2022-04-28 Demand Ltr to En Corp USA, et al — Signed.pdf • 2 pages <attached: 00000346-2022-04-28 Demand Ltr to En Corp USA, et al — Signed.pdf>
[5/15/22, 11:43:31 AM] BInyamin EN Corp: Hey, I'll call you back in couple of hours
[5/16/22, 9:04:34 AM] Eliezer: Good morning please call me
[5/16/22, 9:18:53 AM] BInyamin EN Corp: Good morning, few minutes
[5/16/22, 9:19:45 AM] BInyamin EN Corp: Missed voice call
[5/16/22, 9:26:03 AM] BInyamin EN Corp: I called you back. I will soon enter a meeting and be available again around 21:00 IL time
[5/16/22, 11:57:58 AM] Eliezer: Call me important
[5/16/22, 12:06:17 PM] BInyamin EN Corp: One minute please
[5/18/22, 10:21:28 AM] Eliezer: What's the best way to have that call this evening like in which format should we use? If I circulate a dial in number I'm not sure that will work from Israel what do you suggest?
[5/18/22, 10:27:21 AM] BInyamin EN Corp: What's up, simply to call the group
[5/18/22, 10:50:56 AM] Eliezer: Ok 👍
[5/26/22, 3:16:55 PM] BInyamin EN Corp: Didn't forget our agreement, David is extremely sick, so I hope the paperwork will be ready by Monday.
Shabbat shalom
[5/26/22, 3:23:32 PM] Eliezer: David it's simple please post the payment plan today than the formal agreement and paperwork David can do on Monday but today's a seven days and it's important for him to do it today because by Monday will already be past the 30 days from our original demand letter so please do it now so we have no issues OK!? Just the simple payment plan propose and we can formalize it in a document on Monday that don't worry about it just please propose with a payment plan is and we will formalize it in a document on Monday OK
[5/26/22, 3:23:42 PM] Eliezer: I'm mena BInyamin sorry
[5/26/22, 3:23:49 PM] Eliezer: On the group chat
[5/31/22, 10:30:51 AM] Eliezer: Please call me
[5/31/22, 10:30:55 AM] BInyamin EN Corp: I'm boarding a flight, I'll be available in 5 hours +−
[5/31/22, 10:34:18 AM] Eliezer: Benjamin it's not right that you should not make a payment for another 6 weeks from now!? After all the patients that I've given towards this and working with you and I'm even now OK accepting the 50,000 a month that's no problem and where I give in but I need you to please move that initial payment back a little bit. There's no excuse or reason why the first payment should

not come for another six weeks!? Please propose to me a better date for the first payment!?
[5/31/22, 10:45:11 AM] Eliezer: And if u can't make an earlier payment then I propose making the initial payment a bit larger like for 67k then the next 3 for 50 this way the last payment will be oct 15.
[5/31/22, 10:46:42 AM] Eliezer: <attached: 00000365-AUDIO-2022-05-31-10-46-41.opus>
[5/31/22, 10:47:12 AM] Eliezer: Please when you get a chance listen to the voice not let me know what you decide and we could have the lawyers formalize it as planned
[6/2/22, 11:58:45 AM] Eliezer: Hi please call when u get a second , thanks
[6/2/22, 12:15:15 PM] BInyamin EN Corp: 👍
[6/7/22, 9:40:22 AM] BInyamin EN Corp: Can call you back in an hour
[6/7/22, 9:41:18 AM] Eliezer: Shavua Tov BInyamin. Please call
[6/7/22, 9:41:24 AM] Eliezer: Ok thanks
[6/29/22, 10:01:40 AM] Eliezer: Good morning BInyamin, David told Ari that you want to speak with me today, let me know what time is good for u. I will be tied up for only the next hour but I'll be free after 11 AM Eastern anytime
[6/29/22, 1:25:08 PM] BInyamin EN Corp: I'm on a zoom, will call you after
[6/29/22, 1:25:18 PM] Eliezer: Ok 👍
[6/29/22, 3:40:04 PM] Eliezer: Don't forget
[6/29/22, 3:55:50 PM] BInyamin EN Corp: If I'm not gonna call today, I'll call first thing in the morning. Some important calls I must finish today
[7/14/22, 12:58:53 PM] BInyamin EN Corp: Coal
[7/14/22, 12:59:08 PM] Eliezer: Cooking coal?
[7/14/22, 12:59:34 PM] BInyamin EN Corp: <attached: 00000379-PHOTO-2022-07-14-12-59-34.jpg>
[7/14/22, 12:59:39 PM] Eliezer: $110 per metric ton before war and now it's $450
[7/14/22, 1:02:16 PM] BInyamin EN Corp: Yes
[7/15/22, 10:25:48 AM] BInyamin EN Corp: <attached: 00000382-AUDIO-2022-07-15-10-25-48.opus>
[7/15/22, 10:27:52 AM] Eliezer: <attached: 00000383-AUDIO-2022-07-15-10-27-52.opus>
[7/15/22, 10:34:36 AM] BInyamin EN Corp: 👍
[7/18/22, 12:42:37 PM] BInyamin EN Corp: AltecoG_Dar Al Ryiadh_v.6.pdf • 26 pages <attached: 00000385-AltecoG_Dar Al Ryiadh_v.6.pdf>
[7/18/22, 12:42:50 PM] BInyamin EN Corp: 22781134 _JAM72S30 530-555 MR Global_EN_20210910A(2278).pdf • 2 pages <attached: 00000386-22781134 _JAM72S30 530-555 MR Global_EN_20210910A(2278).pdf>
[7/18/22, 12:42:50 PM] BInyamin EN Corp: EN_Datasheet_Vertex_DE19_202102 web.pdf • 2 pages <attached: 00000387-EN_Datasheet_Vertex_DE19_202102 web.pdf>
[7/18/22, 12:42:51 PM] BInyamin EN Corp: EN_Ultra_V_STP550S_C72_Pmh+.pdf • 2 pages <attached: 00000388-

EN_Ultra_V_STP550S_C72_Pmh+.pdf>
[7/18/22, 12:42:51 PM] BInyamin EN Corp: BISTAR_TP7F72M &
TP7F72M(H)_10BB_20220301.pdf • 2 pages <attached: 00000389-
BISTAR_TP7F72M & TP7F72M(H)_10BB_20220301.pdf>
[7/18/22, 12:42:51 PM] BInyamin EN Corp: 腾晖光伏画册双语20220101.pdf •
16 pages <attached: 00000390-腾晖光伏画册双语20220101.pdf>
[7/18/22, 12:43:02 PM] BInyamin EN Corp: Will call in about an hour
[7/18/22, 2:06:17 PM] Eliezer: OK please do don't forget!
also please message David since we spoke Ari my lawyer has been trying
to get with him but he hasn't responded
[7/18/22, 2:30:55 PM] BInyamin EN Corp: NP
[7/18/22, 2:32:16 PM] Eliezer: Can you speak now
[7/18/22, 2:33:21 PM] BInyamin EN Corp: Few minutes I'll call you from
the car
[7/18/22, 2:39:27 PM] Eliezer: OK please do thanks because soon after
that I won't be able to speak but I have time now
[7/18/22, 2:46:00 PM] Eliezer: Give me a sec I'll call you back
[7/18/22, 2:46:17 PM] BInyamin EN Corp: Ok
[7/18/22, 3:03:37 PM] Eliezer: Give me two minutes I'll be back in Wi-
Fi hold on
[7/19/22, 4:17:58 PM] Eliezer: <attached: 00000400-
AUDIO-2022-07-19-16-17-58.opus>
[7/19/22, 4:27:49 PM] BInyamin EN Corp: I spoke with him this morning,
don't know why he is dragging his feet. I'll call him again in the
morning
[7/20/22, 12:06:50 PM] Eliezer: Hi Binyamin Still nothing I'm not sure
what's going on
[7/20/22, 12:07:20 PM] BInyamin EN Corp: On a meeting, will check with
David
[7/20/22, 12:10:19 PM] Eliezer: This isn't right
[7/20/22, 12:11:21 PM] Eliezer: Aboudi not responding and I'm starting
to loose faith
[7/21/22, 3:02:13 AM] BInyamin EN Corp: Let me know if he sent or not,
I'll be in his office at 18:00 my time.
[7/25/22, 10:55:50 AM] Eliezer: BInyamin I already signed the document
can you guys please sign it Ari sent it to David on Friday after I
signed it
[7/25/22, 11:11:07 AM] BInyamin EN Corp: I haven't got, can you send
it to me please?
[7/25/22, 11:11:16 AM] BInyamin EN Corp: Bz@encorpgroup.ch
[7/25/22, 11:35:19 AM] Eliezer: Settlement Agreement  July 21
22.docx.pdf • 5 pages <attached: 00000410-Settlement Agreement  July
21 22.docx.pdf>
[7/25/22, 11:35:43 AM] Eliezer: Please send to Enrique as well
[7/27/22, 11:31:24 AM] Eliezer: BInyamin please get me back the signed
agreement
[7/27/22, 3:21:41 PM] Eliezer: BInyamin can you please send me the
signed agreement?
[7/27/22, 3:53:11 PM] BInyamin EN Corp: I'm not home. I'll do it from
the office in the morning

[7/27/22, 10:23:30 PM] Eliezer: OK so when I wake up I should have it here
[7/28/22, 7:45:41 AM] BInyamin EN Corp: Settlement Agreement  July 21 22.docx.pdf • 5 pages <attached: 00000416-Settlement Agreement  July 21 22.docx.pdf>
[7/28/22, 7:45:57 AM] BInyamin EN Corp: Have been sent to your email as wel
[7/28/22, 12:57:15 PM] Eliezer: Thanks
[7/28/22, 1:28:25 PM] Eliezer: Please arrange for the 1st payment as we discussed. Thanks
[7/29/22, 2:17:13 PM] Eliezer: <attached: 00000420-PHOTO-2022-07-29-14-17-13.jpg>
[8/1/22, 11:14:45 AM] Eliezer: Hi BInyamin good morning what's the status of your first payment?  I thought we were past this already this was already supposed to be done on July 15 I understand we signed the agreement later that's why we put the later date in there of yesterday but you did say it would be done immediately after we signed so please let me know what the status is!?
[8/1/22, 11:15:58 AM] BInyamin EN Corp: Hey,
Sorry on a meeting.
Should go out tomorrow so you will see it probably Wednesday
[8/1/22, 11:16:26 AM] BInyamin EN Corp: I have sent the agreement only on friday, that's why
[8/2/22, 3:10:31 PM] BInyamin EN Corp: Missed voice call
[8/2/22, 3:10:38 PM] Eliezer: 5 min
[8/2/22, 3:10:41 PM] Eliezer: On a call
[8/2/22, 3:10:44 PM] BInyamin EN Corp: Ok
[8/4/22, 6:23:56 AM] BInyamin EN Corp: We got approved that the wire will leave tomorrow from our Swiss account. It's 50k francs which a little over 54usd.
I apologize for the delay, but one of our clients delayed in his payment and I wanted to sign last week so we can put this behind us.

In other topic,
I had a meeting today with the solar guys I sent you . They want to start operations in the US, so it's a good timing to check if you want to take a part or not.
Will be available in my late night if you want to discuss that.
[8/8/22, 10:40:48 AM] BInyamin EN Corp: I'm trying to understand what's going on, no one is answering me yet
Sorry I was asleep , and I haven't spoke with them for few days (reserve )
[8/8/22, 10:41:00 AM] BInyamin EN Corp: Will call once someone is answering
[8/8/22, 11:50:42 AM] Eliezer: There's always different excuses it's not right how you guys have been treating me I'm given everybody so much rope and now you guys are in violation again
[8/8/22, 11:51:02 AM] Eliezer: I'm the fool according to everyone
[8/8/22, 11:51:26 AM] Eliezer: There is another payment due in a week and I'm still chasing the first one

[8/9/22, 7:00:57 AM] Eliezer: Please advise ASAP
[8/9/22, 7:01:23 AM] BInyamin EN Corp: I will.
[8/9/22, 7:01:54 AM] Eliezer: Ok I will isnt enough I need some answers immediately
[8/9/22, 6:58:19 PM] Eliezer: What's the story still nothing
[8/9/22, 6:58:27 PM] Eliezer: How dare u guys treat me like this
[8/10/22, 1:56:13 AM] BInyamin EN Corp: Eliezer, we are fighting on it not less than you are fighting with us.
I'm trying to figure it out with Encorp USA that don't respect our agreement of refunding you.
I'll call you in your morning
[8/10/22, 7:53:38 AM] BInyamin EN Corp: Good morning, will you be available in 15 minutes?
[8/10/22, 7:55:31 AM] Eliezer: I'm at minyan just started
[8/10/22, 7:55:40 AM] Eliezer: 40 min
[8/10/22, 7:56:27 AM] BInyamin EN Corp: 👍
[8/10/22, 9:41:28 AM] Eliezer: I'm available driving in my car for the next 25 minutes
[8/10/22, 9:42:00 AM] BInyamin EN Corp: Finishing up a meeting, I'll call in 15 minutes 👍
[8/15/22, 2:12:47 PM] Eliezer: Please call me ASAP
[8/15/22, 2:15:55 PM] BInyamin EN Corp: Will call you back in few minutes
[8/19/22, 10:58:26 AM] Eliezer: Please call me
[8/21/22, 6:28:58 AM] BInyamin EN Corp: Hey,
I'll call you after 21:00
[8/22/22, 11:31:35 AM] BInyamin EN Corp: I can talk only after 21:00 Eliezer
[8/23/22, 11:28:19 AM] Eliezer: <attached: 00000451-AUDIO-2022-08-23-11-28-19.opus>
[8/23/22, 11:46:31 AM] BInyamin EN Corp: <attached: 00000452-AUDIO-2022-08-23-11-46-31.opus>
[8/23/22, 11:47:36 AM] Eliezer: Ok
[11/17/22, 3:49:21 PM] Eliezer: I did exactly what you asked me to do and sued your company please let me know when I should expect payment
[11/17/22, 3:49:38 PM] Eliezer: You told me to sue because that was the only way to get your companies attention and that would work
[11/17/22, 3:49:44 PM] Eliezer: So please let me know
[1/9/23, 4:09:23 PM] Eliezer: Please call me
[1/9/23, 4:15:57 PM] BInyamin EN Corp: Will call you back in your morning